UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO 10-12137<br>CHAPTER 13 |
| MICHAEL T. THALNER | : | JUDGE BETH A. BUCHANAN |
| DEBTOR | : | NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS |

 Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

 The Trustee has made numerous attempts to contact the creditor. Certification of Final Payment has been filed in this case. These Funds are now unclaimed.

<u>Check No.</u>      <u>Amount</u>
 0JFÌ FFF  Á Á  Á   $FÌ €ḤH

<u>Creditor(s)</u>
FORD MOTOR CREDIT
P.O. BOX 53950
LIVONIA, MI 48153

            Respectfully submitted,

          /s/ <u>Margaret A. Burks, Esq.</u>
            Margaret A. Burks, Esq.
            Chapter 13 Trustee
            Attorney No. OH 0030377

            Francis J. DiCesare, Esq.
            Staff Attorney
            Attorney No. OH 0038798

            Karolina F. Perr, Esq.
            Staff Attorney
            Attorney No. OH 0066193

            600 Vine Street, Suite 2200
            Cincinnati, OH 45202
            (513) 621-4488
            (513) 621 2643 (Facsimile)
            mburks@cinn13.org - Correspondence only
            fdicesare@cinn13.org
            kperr@cinn13.org
            cincinnati@cinn13.org - Court Filings

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, Œ * ˇ • o⁄Gı , G€FF.

                                /s/    Margaret A. Burks, Esq.
                                         Margaret A. Burks, Esq.

FORD MOTOR CREDIT
P.O. BOX 53950
LIVONIA, MI 48153

Debtor(s) Counsel
GREGORY M. WETHERALL, ESQ.
4030 MT. CARMEL-TOBASCO
SUITE 122
CINCINNATI, OH  45255

Debtor(s)
MICHAEL T. THALNER
5902 MEADOW LARK COURT
MILFORD, OH  45150

U.S. TRUSTEE
36 EAST SEVENTH STREET, SUITE 2030
CINCINNATI, OHIO 45202
 (service waived)

WELTMAN WEINBERG & REIS CO. LPA
JOHN DAY
525 VINE STREET
SUITE 800
CINCINNATI, OH 45202

SCHUH & GOLDBERG, LLP
JOHN SCHUH
2662 MADISON ROAD

CINCINNATI, OH  45208